BRENDAN HICKEY (CSBN 261794)
Hickey & Chung, LLP
Pier 9, Suite 100
San Francisco, CA 94111
Telephone: (415) 942-9000
Fax: (415) 484-7054
hickey@defender.law

Attorney for Defendant
HYE PAIK

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

HYE PAIK

Defendant.

Case No. 3:25-cr-00130-RFL

**STIPULATION AND ORDER TO CONTINUE JULY 30, 2026 STATUS CONFERENCE TO AUGUST 20, 2026**

IT IS HEREBY SITPULATED AND AGREED between the defendant Hye Paik through her attorney, Brendan Hickey, and the government through its attorney, David Ward, that the status conference currently set for July 30, 2026, be continued to August 20, 2026. The requested continuance is necessary because defense counsel will be traveling and unavailable on the currently scheduled date. The requested continuance is made in good faith and is not sought for purposes of delay.

**IT IS SO STIPULATED.**

DATED: 7/1/2026

/s/
BRENDAN HICKEY
Attorney for Hye Paik

DATED: 7/1/2026

/s/
DAVID J. WARD
Assistant United States Attorney

**IT IS SO ORDERED.**

DATED: 7/28/2026

HON. RITA F. LIN
United States District Judge